IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BOBBY LEE HURLEY, JR., as, Administrator of the Estate of JESSIE MAE HURLEY, Deceased and on Behalf of the Wrongful Death Beneficiaries of JESSIE MAE HURLEY, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> GGNSC TIFTON, LLC and GGNSC EQUITY HOLDINGS, LLC, <br><br> Defendants. | CIVIL ACTION <br> FILE NO. _____ |

### PETITION FOR REMOVAL

COME NOW GGNSC Tifton, LLC and GGNSC Equity Holdings, LLC, and hereby file this Petition for Removal, pursuant to the provisions of 28 U.S.C. §§ 1441, et seq., and show this Court the following:

1.

The present action was commenced by the Plaintiff in the Superior Court of Tift County.  The suit is identified as Bobby Lee Hurley, Jr., as Administrator of the Estate of Jessie Mae Hurley, Deceased and on Behalf of the Wrongful Death Beneficiaries of

<u>Jessie Mae Hurley, Deceased v. GGNSC Tifton, LLC and GGNSC Equity Holdings, LLC</u>, Superior Court of Tift County, Civil Action File No. 2013CV067.

2.

The Complaint was the initial pleading setting forth the claim for relief upon which this action is based. (A true and correct copy of the Plaintiff's Complaint is attached hereto as Exhibit "A"). The earliest knowledge and first notice by Defendants, or its agents, of Plaintiff's Complaint was February 19, 2013.

3.

The filing of this Petition for Removal is timely in that it has been filed within thirty (30) days of the date of the Defendants first receiving notice of Plaintiff's Complaint.

4.

This action is of a civil nature. The substance of Plaintiff's Complaint is that Defendants own, operate and manage Golden LivingCenter – GGNSC Tifton, LLC, a long term care facility in which Jesse Mae Hurley was a resident, and that Defendants deviated from the standard of care in that the Golden LivingCenter – Tifton nursing staff failed to implement appropriate care plans and interventions to reduce the risk of the development of decubitus ulcers.

10752442-1

5.

Plaintiff alleges that after the decedent was admitted to the facility on October 2, 2009, she developed pressure sores to the right thigh, buttocks, and heels and infections, which ultimately caused her death.

6.

Upon information and belief, Plaintiff is a citizen of the State of Georgia.

7.

Defendants, GGNSC Tifton, LLC and GGNSC Equity Holdings, LLC, are Delaware residents, as evidenced by the following:

    a.    GGNSC Tifton, LLC d/b/a Golden Living Center-Tifton, is a limited liability company established under the laws of the State of Delaware; its sole member is GGNSC Equity Holdings, LLC, which is a limited liability company established under the laws of the State of Delaware.  The sole member of GGNSC Equity Holdings, LLC is Golden Gate National Senior Care, LLC is a limited liability company established under the laws of the State of Delaware; its sole member is GGNSC Holdings, LLC which is a citizen of Delaware and California.  Therefore, Golden Gate National Senior Care, LLC is a citizen of Delaware and California; and

b.     GGNSC Equity Holdings, LLC is a limited liability company established under the laws of the State of Delaware.  The sole member of GGNSC Equity Holdings, LLC is Golden Gate National Senior Care, LLC is a limited liability company established under the laws of the State of Delaware; its sole member is GGNSC Holdings, LLC which is a citizen of Delaware and California.  Therefore, Golden Gate National Senior Care, LLC is a citizen of Delaware and California.

8.

There exists complete diversity among the parties who are presently before the Court

9.

This Court has jurisdiction under 28 U.S.C. § 1332 and, therefore, this action is one which may be removed to this Court by the Petitioners/Defendants, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1441(b), in that it is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is an action between citizens of different states.

WHEREFORE, Petitioners, GGNSC Tifton, LLC and GGNSC Equity Holdings, LLC, the named Defendants in the action described hereinabove which is

10752442-1

currently pending in the Superior Court of Tift County, State of Georgia, Civil Action File No. 2013CV067 pray that this action be removed therefrom to this Court.

Respectfully submitted this 18th day of March, 2013.

                                 **HAWKINS PARNELL**
                                      **THACKSTON & YOUNG LLP**

                                *David C. Marshall*
                                David C. Marshall
                                State Bar No. 471512
                                Debra E. LeVorse
                                State Bar No. 242229
                                *Counsel for Defendants*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail:  dmarshall@hptylaw.com
E-mail:  dlevorse@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BOBBY LEE HURLEY, JR., as, Administrator of the Estate of JESSIE MAE HURLEY, Deceased and on Behalf of the Wrongful Death Beneficiaries of JESSIE MAE HURLEY, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>GGNSC TIFTON, LLC and<br>GGNSC EQUITY HOLDINGS, LLC,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing **PETITION FOR REMOVAL** upon Plaintiff by depositing same in the United States with sufficient postage affixed thereon and addressed as follows:

Eric K. Milles, Esq.
Garvin & Milles, P.A.
1672 Metropolitan Circle
Tallahassee, FL  32308

10752442-1

This 18th day of March, 2013.

                                               *David C. Marshall*
                                               David C. Marshall
                                               Debra E. LeVorse
                                               *Counsel for Defendants*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail:  dmarshall@hptylaw.com
E-mail:  dlevorse@hptylaw.com