IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BOBBY LEE HURLEY, JR. as Administrator of the Estate of JESSIE MAE HURLEY, Deceased and on Behalf of the Wrongful Death Beneficiaries of JESSIE MAE HURLEY, Deceased <br><br> Plaintiff, <br><br> vs. <br><br> GGNSC TIFTON, L.L.C. and GGNSC EQUITY HOLDINGS, L.L.C. <br><br> Defendants, | CIVIL ACTION FILE <br> NO. 7:13-cv-00032-HL |

**ORDER**

The Court, having reviewed the parties' *Consent Motion Regarding Limited Discovery Related to Arbitration Agreement*, hereby orders that Plaintiff is permitted to accomplish the deposition(s) of the person(s) who provided Jessie Hurley with any admissions paperwork and arbitration agreements related to her residency at Golden LivingCenter-Tifton (the Facility") beginning on or about 1 October 3, 2009 and/or who signed any such documents on behalf of Golden LivingCenter-Tifton and/or who witnessed the signing of any such documents, and

1

Defendants are permitted to accomplish the deposition of Plaintiff and/or any person(s) who signed any such documents on behalf of Jessie Hurley, Joann B. Jones, and any other witness the parties intend to offer with respect to the enforceability of the Alternative Dispute Resolution Agreement ("ADR Agreement") allegedly executed on October 3, 2009, with all such depositions being limited to arbitration issues only.

Participation in said depositions shall not be construed as a waiver of the Defendants' right to move to compel arbitration, dismiss this case and/or stay any further discovery.

The Court further orders that the time for Plaintiff to file a response to *Defendants' Motion to Dismiss, Compel Arbitration, and Stay Discovery* and *Defendants' Brief in Support of Motion to Dismiss, Compel Arbitration, and Stay Discovery* shall be extended until 45 days after the entry of this *Order*. Additionally, the period within which the parties may conduct discovery is tolled until such time as the Court rules on *Defendants' Motion to Dismiss, Compel Arbitration, and Stay Discovery* and *Defendants' Brief in Support of Motion to Dismiss, Compel Arbitration, and Stay Discovery*.

**SO ORDERED** this 8th day of April, 2013.

s/ Hugh Lawson
                              HONORABLE HUGH LAWSON
                              SENIOR JUDGE,
                              UNITED STATES DISTRICT COURT



cc:   Eric Milles, Esq.
      David C. Marshall, Esq.
      Debra E. LeVorse, Esq.

PREPARED AND PRESENTED BY:

*/s/ Debra E. LeVorse*
David C. Marshall
Georgia Bar No. 471512
Debra E. LeVorse
Georgia Bar No. 242229
Hawkins, Parnell, Thackston, & Young, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308
(404) 614 -7400
*Attorneys for Defendants*


CONSENTED TO BY*:*

*/s/ Eric K. Milles*
Eric K. Milles
Georgia Bar No. 508982
GARVIN & MILLES, P.A.
1672 Metropolitan Circle
Tallahassee, FL 32308
*Attorney for Plaintiff*