IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BOBBY LEE HURLEY, JR., as** ) | |
| **Administrator of the Estate of JESSIE** ) | |
| **MAE HURLEY, Deceased and on** ) | |
| **Behalf of the Wrongful Death** ) | |
| **Beneficiaries of JESSIE MAE** ) | |
| **HURLEY, Deceased.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE** |
| ) | **NO. 7:13-cv-00032-HL** |
| **GGNSC TIFTON L.L.C. and** ) | |
| **GGNSC EQUITY HOLDINGS L.L.C.** ) | |
| ) | |
| **Defendant.** ) | |
| _____/ ) | |

## ORDER ON JOINT MOTION TO ALLOCATE SETTLEMENT PROCEEDS

The Court having considered the Joint Motion to Allocate Settlement Proceeds and for good cause shown hereby grants the Joint Motion to Allocate Settlement Proceeds.

WHEREFORE, the Court orders that the net settlement proceeds after payment of attorney's fees and costs be allocated as follows:

One-Third (1/3) to Estate Claims

Two-Thirds (2/3) to Wrongful Death Claims

Medical damages are limited to medical expenses directly related to JESSIE MAE HURLEY's left leg fracture.

DONE AND ORDERED this 24th day of December, 2013.

*/s/ Hugh Lawson*
HUGH LAWSON, U.S. DISTRICT JUDGE

Copies furnished to:
All attorneys of record