## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **BOBBY LEE HURLEY JR.**, as Administrator of the Estate of **JESSIE MAE HURLEY**, Deceased, and on behalf of the wrongful death beneficiaries of **JESSIE MAE HURLEY**, Deceased,<br><br>     Plaintiff,<br><br>v.<br><br>**GGNSC TIFTON, L.L.C. and GGNSC EQUITY HOLDINGS, L.L.C.**,<br><br>     Defendants. | Civil Action 7:13-CV-32 (HL) |

### ORDER

The Court has been advised by counsel for the parties that the above action has been settled.

**IT IS THEREFORE ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within 90 days, to re-open the action if settlement is not consummated. If the action is not re-opened, it shall stand dismissed, with prejudice.

**SO ORDERED**, this the 2nd day of January, 2014.

                    */s/ Hugh Lawson*
                    **HUGH LAWSON, SENIOR JUDGE**