**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **BOBBY LEE HURLEY JR., as Administrator of the Estate of JESSIE MAE HURLEY, Deceased, and on behalf of the wrongful death beneficiaries of JESSIE MAE HURLEY, Deceased,** | |
| Plaintiff, | Civil Action 7:13-CV-32 (HL) |
| v. | |
| **GGNSC TIFTON, L.L.C. and GGNSC EQUITY HOLDINGS, L.L.C.,** | |
| Defendants. | |

**ORDER**

The Court has been advised by counsel for the parties that the above action has been settled.

**IT IS THEREFORE ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within 90 days, to re-open the action if settlement is not consummated. If the action is not re-opened, it shall stand dismissed, with prejudice.

**SO ORDERED**, this the 2nd day of January, 2014.

*/s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**